# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| FEDERICO EZEQUIEL SANTORO VASSALLO | ) Case No. 1:23-MJ-108 |
| A/K/A "FREDERICO EZEQUIEL SANTORO VASSALLO" | ) **UNDER SEAL** |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2020 to September 2021__ in the city/county of _____
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1956(a)(2)(B)(i) and 1956(h) | Conspiracy to commit international concealment money laundering |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Bibeane Metsch
*Printed name and title*

*Complainant's signature*

Michael Roche, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 5/19/2023

Digitally signed by Ivan Davis
Date: 2023.05.19 13:27:52 -04'00'
*Judge's signature*

City and state: Alexandria, VA

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*