IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
IN OPEN COURT

SEP - 4 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

THE UNITED STATES OF AMERICA        )
                                    )
                                    )        **Criminal Action**
                                    )
vs.                                 )
                                    )        No.: 1:23CR 143
                                    )
FEDERICO EZEQUIEL SANTORO           )
                    VASALLO

**WAIVER OF RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION 3161(c)(1)**

I acknowledge that I have been advised by the Court of my statutory right to have my trial commence within SEVENTY (70) DAYS of the filing date of the charges against me or from the date of my first appearance before a judicial officer, whichever occurred later, and after consultation with my attorney,

I hereby CONSENT to the commencement of my trial on a date which exceeds the statutory SEVENTY (70) DAY limit, because the ends of justice are served by the instant continuance of this case.

Date: 9-4-24

_____
Defendant

_____
Counsel for the Defendant