

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314

MARK S. DAVIS
CHIEF JUDGE

FERNANDO GALINDO
CLERK OF COURT

PROSPECTIVE JUROR NAME        Participant #
ADDRESS

Dear Citizen:

You have been selected as a potential juror in the federal case of *United States v. Sealed.* The indictment in this case charges the defendant with one count of Conspiracy to Commit Money Laundering. The defendant has denied these charges and has pleaded not guilty. The defendant is presumed innocent, and the United States carries the burden of proving his guilt beyond a reasonable doubt at trial.

Jury selection will occur on Monday, January 13, 2025, with the trial to follow. The Court and the parties hope to complete trial in this matter by Friday, January 17, 2025. If you are selected as a juror, you will be required to report to the courthouse each day as directed by the Court.

Before the case can begin, a jury must be selected. The trial judge and the parties involved in the case need to know information about you, so the selection process can be fair to both sides and completed in an efficient manner to reduce the time that you will spend at the courthouse. The questions set forth in this form are designed to help the Court and the parties learn about your background and views on issues that may be related to this case. The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror. Your answers will be kept confidential by order of the Court.

Please answer each question as completely and accurately as you can. Your complete written answers will save a great deal of time for the Court, the parties and you. <u>There are no right</u>

or wrong answers to the questions. You must answer each question truthfully to the best of your ability. To ensure that your answers are not influenced by the opinions of others, you should fill out the questionnaire by yourself without consulting or talking with any other person. PLEASE PRINT ALL ANSWERS.

If you cannot answer a question because you do not understand it, write "Do Not Understand" in the space after the question. If you cannot answer a question because you do not know the answer, write "Do Not Know" in the space after the question. If there is anything you do not want to talk about in open court, please answer the question in full and then write "Private" next to your answer. If any further questioning is required, the judge and the attorneys will question you in private, away from other members of the jury panel and the public. Additional space is included at the end of the questionnaire if you need to expand an answer beyond the given space. Be sure to indicate on the blank page the number of the question you are answering.

**Once you have completed the questionnaire, please return it by mail in the enclosed addressed, stamped envelope NO LATER THAN November 4, 2024. Please note that lunch will not be provided during the first day of your jury service. Thereafter, if you are selected for jury service, lunch will be provided.**

**You must return this questionnaire, regardless of your answers or whether you believe that you cannot serve as a juror in this case.**

Now that you are a prospective juror, you must abide by the following instructions until you are excused from service in this case:

1) DO NOT research or read anything whatsoever about the individuals and entities identified in this questionnaire or anything else relating in any way to this case, whether it is in a newspaper, magazine, book, internet website, or anywhere else.

2) DO NOT listen to any news reports or other television or radio broadcast, or anything else relating in any way to the individuals and entities identified in this questionnaire or anything else relating in any way to this case.

3) DO NOT at any time discuss this case with anyone else.

4) DO NOT let anyone talk to you about your views on any aspect of this case.

5) DO NOT post to social media about any aspect of your jury service, this questionnaire or the parties or entities identified in this case.

# BACKGROUND INFORMATION

1. First and last name: _____

2. Gender (circle one): Male  Female

3. Age: _____

4. Place of Birth (city/state): _____

5. County of Residence: _____

6. Marital Status: _____

7. Do you own or rent your place of residence? _____

8. What is the last grade of school, including college or graduate school, that you finished?
   _____

9. State your occupation and provide the name of your employer. If retired, state your principal occupation when employed.

   _____
   _____
   _____

10. If applicable, list the name of your spouse/life partner and identify the person's occupation. If retired or unemployed, state that person's principal occupation when employed.

    _____
    _____

11. Do you have any children/stepchildren? If yes, please state the number of children and their respective ages. As to any child over the age of 18, identify their occupation.

    _____
    _____

12. Have you ever served on a jury? _____YES _____ NO

   If yes, please answer the following questions:

   a. In which court did you serve as a juror: ____Federal ____State

   b. Was it a grand jury, civil or criminal case? _____

   c. Where and when (i.e., the year) did your service take place?
   _____

   d. Did the jury reach a verdict? (do not reveal the verdict) _____YES _____NO

   e. Is there anything about your prior jury experience that would keep you from giving a fair trial to the parties in this case? _____YES _____NO

13. Have you ever received legal training of any kind? _____YES _____NO

   If yes, what was that training?
   _____
   _____
   _____
   _____

14. Is there any reason why you could not serve on a jury from January 13, 2025 to January 17, 2025? In answering this question, please remember that serving on a jury constitutes one of the most important duties that citizens have. __YES _____NO

   If yes, please explain.
   _____
   _____
   _____
   _____

15. Are you willing to notify the Court immediately if, during trial, you feel ill OR are exposed to anyone feeling ill?_____YES    ____NO

    If no, please explain.
    _____
    _____
    _____
    _____

## LAW ENFORCEMENT/CIVIL UNREST QUESTIONS

Our state and nation have recently experienced civil unrest relating to social justice/law enforcement issues. This section of the questionnaire will ask questions regarding any effect that this unrest or your general attitudes about law enforcement may have on your ability to serve as a juror.

16. Is there anything about this civil unrest that would make it difficult for you to be a fair and impartial juror in this case? _____YES _____NO

    If yes, please explain.

    _____
    _____
    _____
    _____

17. Do you or any member of your family work in law enforcement, including as a federal agent? _____YES _____NO

    a. If yes, what agency and in what capacity?

    _____
    _____
    _____
    _____

    b. Has that employment left you with a negative, positive, or neutral impression of law enforcement? Please explain.

    _____
    _____
    _____
    _____

18. Have you, a family member, or close friend ever had any contact with law enforcement officials that has caused you to form strong opinions, either positive or negative, regarding law enforcement? ____YES____NO

    If yes, please explain.

    _____
    _____
    _____
    _____

19. Have you, any of your relatives, or any of your close friends had any positive or negative contact with law enforcement? ____YES____NO

    If yes, please explain.

    _____
    _____
    _____
    _____

20. Have you or anyone close to you been arrested by a law enforcement official?
    ____YES_____NO

21. Do you belong to any organization that is focused on matters relating to law enforcement or criminal justice policy?

    ____YES_____NO

    If yes, please identify the organization(s) and your role(s) (e.g., member, president, vice president).

    _____
    _____

22. Have you or anyone close to you been a party to a lawsuit involving any law enforcement agency? _____ YES    _____ NO

    If yes, please explain.

    _____
    _____
    _____
    _____

23. Do you have any beliefs about law enforcement generally that would prevent you from being fair and impartial in this case? _____ YES    _____ NO

    If yes, please explain.

    _____
    _____
    _____
    _____

24. Would you give greater or lesser weight to the testimony of a law enforcement officer based <u>solely</u> on the fact that they are employed as a law enforcement officer?

    _____ YES    _____ NO

    If yes, please explain.

    _____
    _____
    _____
    _____

25. Have you, or your family members or close friends, been falsely accused of a crime?

    _____ YES    _____ NO

    If yes, please explain.

    _____
    _____
    _____

26. To the best of your knowledge, have you, a family member, or a close friend ever been formally accused of criminal conduct, been the subject of a criminal investigation, or been convicted of a crime?

   \_\_\_\_YES   \_\_\_\_NO

   If yes, please explain.

   _____
   _____
   _____
   _____

27. Have you, a family member, or close friend ever been involved in a criminal case, whether as a victim, witness or a defendant? It makes no difference, in answering this question, whether the case went to trial or, if so, what the result was. You need not disclose parking tickets, traffic citations, or violations of hunting or fishing laws.

   \_\_\_\_YES   \_\_\_\_NO

   If yes, please explain who was involved, the role of the individual, and the nature of the charge(s).

   _____
   _____
   _____
   _____

## **GENERAL**

28. A defendant is presumed innocent and the United States bears the burden of proving the defendant's guilt beyond a reasonable doubt. Do you anticipate having difficulty applying the beyond-a-reasonable-doubt standard?

   \_\_\_\_\_YES\_\_\_\_\_NO

   If yes, please explain.

   _____
   _____
   _____
   _____

29. Do you believe that just because the defendant has been charged with a crime by the Government, that he must be guilty of something? _____YES _____NO

    If yes, please explain.

    _____

    _____

    _____

    _____

30. A defendant has an absolute right not to testify and the decision not to testify cannot be considered when deciding whether the United States has met its burden. Do you anticipate having difficulty disregarding a defendant's decision not to testify?

    ____YES   ____NO

    If yes, please explain.

    _____

    _____

    _____

    _____

31. A defendant also has no obligation to present any evidence. Do you have any concern that you might hold it against the defendant if he does not offer any evidence on his behalf?

    ____YES   ____NO

    If yes, please explain.

    _____

    _____

    _____

    _____

32. Do you understand that the burden rests with the Government to prove each and every element of the charge alleged in the indictment beyond a reasonable doubt?
    ____YES   ____NO

    If no, please explain.

    _____
    _____
    _____
    _____

33. Do you understand and accept that the defendant is presumed innocent despite the fact that he has been accused in an indictment? ____YES____NO

    If no, please explain.

    _____
    _____
    _____
    _____

34. Do you have any concern that you might hold the fact that the defendant has been indicted in this case against him? ____YES____NO

    If yes, please explain.

    _____
    _____
    _____
    _____

35. Do you know of any reason why you may be prejudiced for or against the Government, for or against any witness, or for or against the defendant, because of the nature of the charges or otherwise? ____YES____NO

    If yes, please explain.

    _____
    _____
    _____
    _____

36. Do you have any opinions or feelings about the criminal justice system, such as judges, prosecutors, defense lawyers, and law enforcement officials, that would make it difficult for you to be a fair and impartial juror in this case? _____YES_____ NO

If yes, please explain.

_____

_____

_____

_____

37. Do you, any members of your family, or any of your close friends belong to any group that advocates for a change in our criminal justice system? _____YES_____ NO

If yes, please explain.

_____

_____

_____

_____

38. Under our criminal justice system, the facts are to be determined by the jury and the law is to be determined by the Court. These two responsibilities are separate and distinct. Thus, when the Court instructs you on the law during and at the end of the trial, you are required to accept the law as the Court states it even though you might not agree with it personally. Is there any reason that you would be unwilling or unable to apply the law as given to you by the Court? _____YES_____ NO

If yes, please explain.

_____

_____

_____

_____

39. Do you have any medical condition such as hearing or vision loss or any mental health condition that would make it too difficult for you to sit and hear all of the evidence and render a fair and impartial verdict based on the law and the evidence?

    ____YES    ____NO

    If yes, please explain.

    _____
    _____
    _____
    _____

40. Are you, or do you anticipate, taking any medication that could affect your ability to concentrate in any way? ____YES    ____NO

    If yes, please explain.

    _____
    _____
    _____
    _____

41. Is there any religious, moral, ethical or other reason why you would be unable to render judgment in this case? ____YES    ____NO

    If yes, please explain.

    _____
    _____

42. Do you have any difficulty understanding English or seeing or hearing things in the courtroom that could impair your ability to devote your full attention this trial?

    ____YES    ____NO

    If yes, please explain.

    _____
    _____
    _____
    _____

43. Do you have any difficulty reading the English language such that it would impair your ability to read documents submitted as evidence?

   ____YES   ____NO

   If yes, please explain.

   _____
   _____
   _____
   _____

44. Do you know of any other reasons why you would be unable to sit on this jury?

   ____YES   ____NO

   If yes, please explain.

   _____
   _____
   _____
   _____

45. Do you have any other reason why you cannot sit impartially in this case?

   ____YES   ____NO

   If yes, please explain.

   _____
   _____
   _____

46. Would serving on this jury impose an undue financial, business, family or medical difficulty? ____YES   ____NO

   If yes, please explain.

   _____
   _____
   _____
   _____

47. Do you have a special disability or problem that would make serving as a juror difficult or

impossible? \_\_\_\_YES   \_\_\_\_NO

If yes, please explain.

_____

_____

_____

_____

**ADDITIONAL COMMENTS**

Please use this area for additional explanation for any of your responses above. When providing the additional explanation, please initially note the question number that you are addressing.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AFFIRMATION**

I hereby declare under the penalty of perjury that the answers that I provided in this questionnaire are all true and correct to the best of my knowledge, information and belief.

Signature: _____   Date: _____

Participant # _____