Judge: Alston                          **SENTENCING**    Date: 7/23/2025
Reporter: T. Harris                                      Time: 11:29 am to 11:56 am

Interpreter: Cynthia Lopez Roman                         Language: Spanish

Cr. #    1:23-cr-00143                    AUSA:    Anthony Aminoff, Catherine Rosenberg
U.S. v. Federico Ezequiel Santoro Vassallo    Defense: Gregory Hunter, Ruben Oliva

The Court finds the guidelines to be properly assessed at a range of 168 to 210 months.

Considering the factors under § 3553, the Court finds that the following sentence is appropriate.

**Sentence Imposed:**

180        Months imprisonment – with credit for time served as of 8/23/2023.

3          Years supervised release

___        Years probation
           (Counts ___ to run ___ consecutively ___ concurrently)

**Conditions of Supervised Release/Probation:**
___    Substance abuse testing/treatment at direction of PO
___    Cooperate w/any orders/directives of the Bureau of Immigration and Customs
       Enforcement
___    Pay the restitution in monthly installments of $ ___ to commence within 60 days
       after release from confinement.
___    No new credit
___    Allow PO access to financial info.
___    Serve a term of ___ months home confinement: ( ) with electronic
       monitoring
___    Mental health testing/treatment ( ) with work release
___    Mandatory drug testing is waived
Other:    Forfeiture Order filed and entered in open court

**Monetary penalties:**
$100.00    Assessment $ 0    Fine
$___    Restitution Ordered pursuant to the Restitution Judgment entered and filed in open
        court.

**Recommendations to BOP:**
___    Court rec. that the dft be incarcerated in a facility where he/she can receive drug
       treatment.
___    Court rec. that the dft be allowed to participate in the 500 hour drug treatment program
x      Court rec. that the dft be incarcerated: Counsel to submit to the Court preferred facility
       recommendation

Defendant:    x    Remanded ___ To voluntarily surrender once space is available.