FILED
IN OPEN COURT

JUL 23 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

FEDERICO EZEQUIEL SANTORO
VASSALLO,

Defendant.

Criminal No. 1:23-cr-143

## CONSENT ORDER OF FORFEITURE

BASED UPON the plea agreement into which the defendant and the United States have entered, and finding the requisite nexus between the property listed below and the offense to which the defendant has pleaded guilty, IT IS HEREBY ORDERED THAT:

1.   The following property is forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1):

   a. **A sum of money in the amount of $11,537,860.47 which represents the proceeds the defendant obtained as a result of the violation in Count One of the Superseding Indictment and which sum shall constitute a monetary judgment against the defendant in favor of the United States. This is a sum for which the defendant shall be jointly and severally liable with all co-defendants who obtained the same sums or a portion thereof.**

2.   A money judgment in the amount of $11,537,860.47 shall be included in the sentence of the defendant. The defendant stipulates and the Court finds that the requirements of 21 U.S.C. § 853(p) have been satisfied and that the government may, by motion filed pursuant to Fed. R. Crim. P. 32.2(e), collect on its monetary judgment by all available means, as provided by law, including but not limited to the forfeiture of directly forfeitable and substitute assets.

3.    As this Order provides only for a money judgment, rather than the forfeiture of specific property, pursuant to Fed. R. Crim. P. 32.2(c)(1) no ancillary proceeding shall follow the entry of this Order and this Order shall be the final order with respect to the money judgment. Upon the subsequent seizure of any property to satisfy all or part of the judgment, the United States shall comply with the notice and publication provisions of Fed. R. Crim. P. 32.2(b)(6).

4.    Upon entry of this order, the United States Attorney's Office is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and the issuance of subpoenas, to identify, locate, or dispose of forfeitable property.

Honorable Rossie D. Alston, Jr.
United States District Judge
EDVA

Alexandria, Virginia

Dated: July 23, 2025

The parties stipulate and agree that the monetary judgment set forth above represents the proceeds the defendant obtained as a result of the offense(s) of conviction, as such proceeds are contemplated by 18 U.S.C. § 982(a)(1). The defendant hereby waives the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment, and consents to the entry of this order. The defendant further stipulates that the requirements of 21 U.S.C. § 853(p) have been satisfied. The defendant agrees not to file or interpose any claim to the property listed herein, in whole or in part, in any proceedings or manner whatsoever.

ERIK S. SIEBERT
UNITED STATES ATTORNEY

Anthony T. Aminoff
Catherine Rosenberg
Assistant United States Attorneys

SEEN AND AGREED TO:

Federico Ezequiel Santoro Vassallo
Defendant

Ruben Oliva
Counsel for Defendant