

FILED
IN OPEN COURT

JUL 2 3 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,                )
                                         )
            v.                           )    Criminal Action No. 1: 23-cr- 143(RDA)
                                         )
FEDERICO EZEQUIEL SANTORO VASSALLO,      )
                                         )
                                         )
            Defendant.                   )

## NOTICE OF RIGHT TO APPEAL SENTENCE UNDER LIMITED CIRCUMSTANCES

Defendant *Federico Ezequiel Santoro Vassallo* ("Defendant") comes before the Court for the purpose of sentencing. In addition to the colloquy regarding the significance of Defendant's prior guilty plea, the Court, pursuant to Fed. R. Crim P. 32(j)(1)(B), now provides notice to Defendant of the right to appeal Defendant's sentence.

While Defendant has entered into a plea agreement wherein Defendant generally waived Defendant's right to appeal the sentence of the Court, Defendant nevertheless retains the right to obtain appellate review of Defendant's sentence on certain limited grounds, including a sentence outside of the statutorily prescribed maximum, a sentence based on a constitutionally impermissible factor, or circumstances wherein Defendant did not waive this right knowingly and voluntarily.

I, *Federico Ezequiel Santoro Vassallo*, the Defendant, do hereby acknowledge that I understand that I have the right to appeal my sentence under the circumstances referenced herein.

_____
Counsel for Defendant

_____
Defendant

_____
Date

_____
Date

Alexandria, Virginia
_____, 23, 2025

Rossie D. Alston, Jr.
United States District Judge